PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Erik Kornacki                                                                                                Cr.: 03-553-05
                                                                                                                              PACTS Number: 36724

Name of Sentencing Judicial Officer: The Honorable Jose L. Linares, U.S.D.J.

Date of Original Sentence: 01/27/2006

Original Offense: Conspiracy to Import Ecstasy

Original Sentence: 40 months imprisonment followed by a three year term of supervised release.

Type of Supervision: Supervised Release                              Date Supervision Commenced: 02/18/2009

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

The defendant shall pay a fine of $10,000. Payments are to be made at the rate of 10% of the defendant's net monthly income.

## CAUSE

At sentencing, the Court ordered the following: "In the event the entire fine is not paid prior to the commencement of supervision, payment will commence within 30 days after release from imprisonment. The court will se the payment plan based on assessment of the defendant's ability to pay at that time." Based upon the defendant's current financial profile and employment it appears he is able to make minimum monthly payments of 10% of his net monthly income.

Respectfully submitted,
By: Paul E. Choinski
U.S. Probation Officer
Date: 02/21/09

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[   ] The Extension of Supervision as Noted Above
[   ] No Action
[   ] Other

Signature of Judicial Officer

3-9-09
Date